

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00404-CV

**ROY EDWARD TOLLIVER, JR., INDIVIDUALLY
AND D/B/A TEXSTAR RESOURCES, AND
TEXSTAR RESOURCES LLC,**

                                                                            **Appellants**

 **v.**

**ANTHONY L. MCCALLA AND CHERYL A. MCCALLA,
GARY DUANE SANDERS, ASPECT ENERGY, LLC,
ABUNDANT RESOURCES, LLC, ASPECT ABUNDANT
SHALE, LP, AND ASPECT ABUNDANT SHALE, GP, LLC,**

                                                                            **Appellees**


**From the 413th District Court
Johnson County, Texas
Trial Court No. C200600228**


## MEMORANDUM  OPINION


Appellants have filed a motion to dismiss this appeal.  Appellees have advised by letter that they believe this appeal is subject to dismissal for want of jurisdiction. Appellants' motion is granted, and the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
        (Chief Justice Gray concurs in the Court's judgment to the extent that it dismisses the appeal and assesses costs against the appellant. He does not otherwise join the opinion or judgment. A separate opinion will not issue.)
Appeal dismissed
Opinion delivered and filed December 29, 2010
[CV06]